IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tran, Colleen

Printed: 10/7/08

Case Number: 08 B 10992
Judge: Hollis, Pamela S
Filed: 4/30/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 700.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 700.00 |
| Totals: | 700.00 | 700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 2. | Chelsea Cove Condo Association | Secured | 3,000.00 | 0.00 |
| 3. | DaimlerChrysler Financial | Secured | 2,201.00 | 0.00 |
| 4. | CitiMortgage Inc | Secured | 12,000.00 | 0.00 |
| 5. | DaimlerChrysler Financial | Unsecured | 0.27 | 0.00 |
| 6. | Corey Bandes | Unsecured | 660.71 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
| 8. | Carson Pirie Scott & Co | Unsecured |  | No Claim Filed |
| | | | $ 17,861.98 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

